✎AO458 (Rev. 5/85)  Appearance

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF ____MASSACHUSETTS____

**APPEARANCE**

Case Number: 05-30003-MAP-2

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for  *Stanley Mims*

| | |
|---|---|
| 1-27-05 | *[signature]* |
| Date | Signature |
| | Mickey E. Harris |
| | Print Name |
| | 1350 Main St – 10th Fl. |
| | Address |
| | Springfield  Ma  01103 |
| | City    State    Zip Code |
| | 413-731-5800 |
| | Phone Number |