UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05-30003-MAP |
| | ) | |
| GODFREY TANDOW and STANLEY MIMMS, | ) | |
| Defendants | ) | |

INTERIM SCHEDULING ORDER
May 23, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the Status Conference this day, with respect to Stanley Mimms.

1. A final status conference will be held on July 13, 2005, at 2:30 p.m. in Courtroom III.

2. On or before the close of business, July 11, 2005, a joint memorandum addressing the items set forth in Local Rule 116.5(a)(1) through (7) shall be filed with the court.

/s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge