UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05-30003-MAP |
| | ) | |
| GODFREY TANDOW and STANLEY MIMMS, | ) | |
| Defendants | ) | |

INTERIM STATUS REPORT
May 23, 2005

NEIMAN, U.S.M.J.

The court held an initial Status Conference with respect to Stanley Mimms this day, pursuant to Local Rule 116.5. In accord with Local Criminal Rule 116.5(B), the court reports as follows:

1. The court has established an interim schedule as outlined in the Scheduling Order issued this day.

2. The court has scheduled a final Status Conference on July 13, 2005.

3. The parties – and the court – have agreed and determined that no time has run on the Speedy Trial Clock through May 20, 2005. A separate order shall issue.

4. There are no other matters to report relevant to the progress or resolution of the case.

/s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge