UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.    ) | CRIMINAL NO. 05-30003-MAP |
| ) | |
| ) | |
| STANLEY MIMMS,    ) | |
| ) | |
| Defendant.    ) | |

THE GOVERNMENT'S AND THE DEFENDANTS' STATUS
REPORT PURSUANT TO LOCAL RULE 116.5(A)

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Mickey Harris, counsel for Defendant, hereby submit the following status report pursuant to Local Rule 116.5(A) and Magistrate Judge Neiman's written orders.

1.  The Government has provided or made available all of its discoverable information.  There are no outstanding discovery requests from the Defendant in this case.  The Defendant has not provided any discovery to the government.

2.  The parties do not anticipate additional discovery as the result of future receipt of information.

3.  The defendants do not intend to raise a defense of insanity or public authority.

4.  The government has requested notice of alibi by the defendants and there has been no response by the Defendant.

5.  The Defendant has not yet filed but may file, a motion

to dismiss, or suppress, or other motion requiring a ruling by the District Court before trial pursuant to Fed. R. Crim. Pro. 12(c).

    6.   The parties request this Court to set a date for the Defendant's change of plea.

    7.   The parties are currently engaging in plea negotiations.

    8.   In the event that a trial is necessary the trial will last approximately 3 days.

    9.   A date convenient with the Court should be established for a change of plea.

    Filed this 12TH day of July, 2005.

                        Respectfully submitted,

                        MICHAEL J. SULLIVAN
                        United States Attorney

            By:   /s/ Paul Hart Smyth
                      _____
                      Paul Hart Smyth
                      Assistant U.S. Attorney


                      _____
                      Mickey Harris, Esq.
                      Counsel for Stanley Mimms