UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>)<br>v.         )<br>)<br>)<br>STANLEY MIMMS,         )<br>         Defendant   ) | Criminal No. 05-30003-MAP |

INTERIM STATUS REPORT
July 28, 2005

NEIMAN, U.S.M.J.

The court held an interim Status Conference this day, pursuant to Local Rule 116.5. In accord with Local Criminal Rule 116.5(B), the court reports as follows:

1. The court has established an interim schedule as outlined in the Interim Scheduling Order issued this day.

2. The court has scheduled a Final Status Conference for September 16, 2005.

3. There are no other matters to report relevant to the progress or resolution of the case.

/s/  Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge