UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-30003-MAP |
| ) | |
| STANLEY MIMMS, ) | |
| Defendant ) | |

INTERIM SCHEDULING ORDER
July 28, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the Status Conference this day:

1. A final status conference will be held on September 16, 2005, at 12:30 p.m. in Courtroom III.

2. On or before the close of business, September 14, 2005, a joint memorandum addressing the items set forth in Local Rule 116.5(A)(1) through (7) shall be filed with the court.

IT IS SO ORDERED.

/s/  Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge