UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 05-30003-MAP |
| ) | |
| GODFREY TANDOW and ) | |
| STANLEY MIMS, ) | |
| Defendants ) | |

STATUS REPORT
September 19, 2005

NEIMAN, U.S.M.J.

The court held a final status conference on September 16, 2005, and, in accord with Local Criminal Rule 116.5(D), reports as follows:

1. All discovery has been completed.

2. Defendants do no intend to raise a defense of insanity or public authority.

3. Change of plea hearings have been scheduled, November 3, 2005, at 2:00 p.m. for Defendant Mims, and November 22, 2005, at 3:00 p.m. for Defendant Tandow.

4. The parties report and the court finds that no time has run on the Speedy Trial clock as of today. An Order of Excludable Delay will issue.

5. There are no other matters relevant to the progress or resolution of the case.

/s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge