Date: 2/29/08

Hon. _____
c/o _____
Deputy Clerk
United States District Court

05CR30003-MAP

U.S. DISTRICT COURT
DISTRICT OF MASS
2008 MAR -5  A 11: 50
FILED
IN CLERK'S OFFICE

Dear _____:

    I was sentenced by Judge Michael A. Ponsor on 05/01/2006 based on the sentencing guidelines that were then in effect regarding cocaine base. I believe that I am eligible to be resentenced, under the amended cocaine base guidelines, which have been made retroactive.

    My current release date is 12-16-010.

    I cannot afford to hire an attorney. A completed financial affidavit is enclosed. I am respectfully requesting that the Court appoint counsel to represent me.

Sincerely,

Name: Stanley L. Mimms
Address: U.S.P Canaan U.S. Penitentiary
P.O. Box 300 Waymart, PA 18472

Telephone: N/A