Stanley L. Mims   90837-038
U.S.P. Canaan
P.O. Box 300
Waymart, PA  18472

United States District Court
United States Courthouse
418 Federal Building
1550 Main Street
Springfield, MA  01101

Re:   **Case No. 3:05-CR-30003-MAP-2**

Dear Judge Ponsor:

    I was sentenced on April 28, 2006 to seventy-two (72) months incarceration and four (4) years Supervised Release for Possession With Intent to Distribute Cocaine (2 cts.); Aiding and Abetting (2 cts.); Conspiracy With Intent to Distribute and to Distribute Cocaine Base (2 cts.); Distributtion and Possession With Intent to Distribute Marijuana (2 cts.); Aiding and Abetting (2 cts.); Conspiracy to Possess With Intent to Distribute Marijuana (2 cts.).  The relevant conduct considered by this Honorable Court amounted to seven (7) grams of cocaine and fourteen (14) grams of marijuana.

    I am sure that you are aware that Congress and the United States Sentencing Commission has decided to restructure the sentencing guidelines (2D1.1) as it relates to prisoners sentenced for crack violations.  The Commission has made this decision in order to bring parity between those sentenced for powder cocaine and crack cocaine violations.

    Because Congress took no action on the United States Sentencing Commission's proposed amendment to the sentencing guidelines (to reduce base offense levels for crimes involving crack cocaine by two levels) the change in the guideline is now effective.  Retroactivity applies as of March 3, 2008. The Probation Officer's recommendation resulted in me being liable for a sentencing guideline range of 26.  The most pressing issue before me is how these new developments will affect me?

Your Honor, while I do understand the seriousness of the offense and make no excuse for my behavior, I would like to take this opportunity to again express my contrition and deep sense of remorse. I do not in any way seek to minimize the role that I played in coming here. I understand clearly that for accountability purposes that it is necessary for me to do "some" time. After all, one does reap what one sows.

I only ask that this Court consider that I have followed it's order of **05/01/06** nearly to the letter. I have completed a forty (40) hour Intensive Drug Education Program. I am enrolled in the General Equivalency Diploma (G.E.D.) program and I have consistently received favorable Progress Reports. I am also enrolled in extra curricular courses (Math and Algebra). I have remained disciplinary infraction free and continue to work on a daily basis.

While incarceration is not easy, nor was it meant to be, I continue to make the transition with a minimal amount of difficulty. I am taking a proactive approach towards recovery and rehabilitation. I am taking advantage of every program afforded me which will help me to improve spiritually, socially, educationally, and physically.

Finally Your Honor, I have an extensive family and community support network. This was evidenced by the letters of support submitted at sentencing as well as the support in the court room during other proceedings. I do have a viable release/supervision plan which includes; employment; community service; caring for my family; continuing my education and attending worship services.

Attached you will find copies of my Progress Report, Educational Transcript, Certificates and Programming Profile. Also attached are letters of support from family and community members regarding this issue. Please conside this letter as a **Title 18 USC Motion Requesting a Sentence Correction as per the United States Sentencing Commission's Retroactive Application of the Crack Cocaine Amendment**. Thank you for your time and consideration in this matter. I look forward to hearing from you soon.

Sincerely,


Stanley L. Mims

Lakeisha Hart
29 Grover Street
Springfield, MA  01105


United States District Court
United States Courthouse
418 Federal Building
1550 Main Street
Springfield, MA  01101

Re:  Letter of Reference for Stanley L. Mims; Case No.
     3:05-CR-30003-MAP-2


Dear Judge Ponsor:

    I am writing this letter on behalf of Mr. Stanley L. Mims. He was sentenced on April 28, 2006 to seventy-two months incarceration and four uears Supervised Release fro a crack cocaine charge.

    While I do not seek to excuse his behavior, I do know that Stanley was a very impressionable young man who made some wrong choices.  He is by no means a bad or violent person.  As a result of some of his wrong choices, he ended up in your court.  It is my understanding that there have been some new developments in the sentencing guidelines set forth by the United States Sentencing Commission.  These new changes seek to bring parity between those sentenced for powder cocaine violations and those sentenced for crack cocaine violations.

    I have known Stanley for five years.  I have been in communication with him since the beginning of this ordeal through both visits and correspondence.  I believe that given the opportunity he will be extremely successful and productive. I would like to see him close this "chapter" of his life.  He has shared his goals and release plans with me.  They include employment; caring for his family; and continuing his education. It is for these reasons that I am proud to write a letter of reference on his behalf.  I have seen the change first hand in this young man's life.  Thank you for considering and reading this letter.


                                          Respectfully,


                                          LaKeisha Hart

```
                    *         INMATE EDUCATION DATA           *
                              TRANSCRIPT                      *

REGI.. .   .337-038      NAME..: MIMMS
FORMAT.....: TRANSCRIPT  RSP OF: CAA-CANAAN USP

----------------------------- EDUCATION INFORMATION ---------------------------
FACL ASSIGNMENT DESCRIPTION                    START DATE/TIME STOP DATE/TIME
CAA  ESL HAS    ENGLISH PROFICIENT             10-16-2006 1410 CURRENT
CAA  GED EN     ENROLL GED NON-PROMOTABLE      10-16-2006 1410 CURRENT
CAA  GED SAT    GED PROGRESS SATISFACTORY      08-17-2007 1059 CURRENT

------------------------------- EDUCATION COURSES -----------------------------
SUB-FACL   DESCRIPTION                    START DATE  STOP DATE EVNT AC LV  HRS
CAA        CLASS ON ALGEBRAIC FUNCTIONS.  12-31-2007  CURRENT
CAA        REMEDIAL ON ALL GED SUBJECTS.  12-31-2007  CURRENT
CAA        PRE-GED 105 12:30 TO 3:30.     03-02-2007  CURRENT
CAA        HEALTH ASPECTS OF FAST FOOD.   09-06-2007  10-17-2007  P   C  P    3

-------------------------------- HIGH TEST SCORES -----------------------------
TEST            SUBTEST         SCORE       TEST DATE     TEST FACL   FORM       STATE
TABE M          LANGUAGE         5.0        04-05-2007    CAA         10D
                MATH APPL        7.3        04-05-2007    CAA         10D
                MATH COMP        5.6        04-05-2007    CAA         10D
                READING          7.0        12-12-2007    CAA         10D




G0000       TRANSACTION SUCCESSFULLY COMPLETED
```



# Federal Bureau of Prisons
## U.S.P. Canaan
### Certificate of Completion

This is to certify that

# STANLEY MIMMS

90837-038

*has successfully completed the*

## DRUG EDUCATION PROGRAM

at U.S.P. Canaan, PA.
This certificate is hereby issued this 21th day of March 2007.

F. Lupia

F. LUPIA, D.A.T.S.
Program Facilitator

*Pace Learning Systems, Inc.*

**Awards this**

*Certificate of Achievement*

**To**

Stanley L. Mimms

**For Successfully Completing**

# LANGUAGE

G. Zevan
**Instructor**

March 2008
**Date**

# Certificate of Achievement

This certifies that

## Stanley Mimms

has achieved a 5.0 in all subject areas in the literacy program at USP Canaan.



G. Zevin
Instructor

_____
Supervisor of Education

# Certificate of Accomplishment

This certificate is awarded to

## S. MIMMS

for participation and completion of

Algebra I

March, 2008

an Adult Continuing Education Class

_____
ACE Coordinator